# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-2350
_____

ROBERT GEORGE KNECHT JR.,

Petitioner,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS, et. al.,

Respondents.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

February 8, 2024

PER CURIAM.

DISMISSED.

LEWIS, RAY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Robert George Knecht Jr., pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondents.